IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:04CR3124 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| HUNG DAO, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's second motion to defer voluntary surrender to Bureau of Prisons (filing 49) is denied.

November 15, 2005.            BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge